IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **05-10017MLW** |
| | CRIMINAL ACTION |
| v. | Count One: |
| ELMER TEJADA-PORTILLO | 8 U.S.C. § 1326(a) (Illegal Re-entry of Deported Alien) |

**INDICTMENT**

<u>**COUNT ONE**</u>:  8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

   On or about January 3, 2005, at Boston, in the District of Massachusetts,

**ELMER TEJADA-PORTILLO**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(3) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY



_____
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                January 26, 2005


Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk
12:37 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. __II__  Investigating Agency __ICE__

City __Boston__                    Related Case Information:

County __Suffolk__                 Superseding Ind./ Inf. _____ Case No. _____
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elmer TEJEDA-Pontillo__         Juvenile   [ ] Yes   [x] No

Alias Name _____

Address _____

Birth date (Year only): __1980__  SSN (last 4 #): ____  Sex __M__  Race: __H__  Nationality: __El Salvador__

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nadine Pellegrini__                       Bar Number if applicable _____

Interpreter:   [x] Yes   [ ] No         List language and/or dialect:  __Spanish__

Matter to be SEALED:   [ ] Yes   [x] No

[x] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:   [ ] Petty ____   [ ] Misdemeanor ____   [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/26/05                  Signature of AUSA: _/s/ Nadine Pellegrini_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    **Elmer TEJADA-PORTILLO**

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Illegal Re-etnry | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**