```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
         v.                     ) Criminal No. 05-10017-MLW
                                )
ELMER TEJADA-PORTILLO           )
```

**JOINT MOTION TO EXCLUDE TIME
FROM MARCH 15, 2005 TO MAY 16, 2005**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Debra DelVecchio, counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) March 15, 2005, date of initial status conference, until May 16, 2005, date of final status conference.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

```
For the Defendant:              MICHAEL J. SULLIVAN
ELMER TEJADA-PORTILLO           United States Attorney


/s/Debra DelVecchio             By:/s/Nadine Pellegrini
DEBRA DEL VECCHIO, ESQ.         NADINE PELLEGRINI
Del Vecchio & Houseman          Assistant U.S. Attorney
15 Front Street
Salem, MA 01970
```