UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Criminal No. 05-10017-MLW<br>) |
| ELMER TEJADA-PORTILLO | )<br>) |

**JOINT MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Debra DelVecchio, counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) January 27, 2005 to February 4, 2005 - Initial appearance to determination of government's motion for detention

(2) February 4, 2005 to February 9, 2005 - period during which government provided automatic discovery

(3) February 9, 2005 to March 16, 2005 - period of time until the initial status conference.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

                                                        Respectfully submitted,

For the Defendant:                MICHAEL J. SULLIVAN
ELMER TEJADA-PORTILLO        United States Attorney

/s/ Debra Del Vecchio         By: /s/ Nadine Pellegrini
DEBRA DEL VECCHIO, ESQ.        NADINE PELLEGRINI
Del Vecchio & Houseman         Assistant U.S. Attorney
15 Front Street
Salem, MA 01970