UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*3/15/05*
*2 4 pm*

UNITED STATES OF AMERICA         Criminal No. 05-10017-MLW

v.

ELMER TEJADA-PORTILLO

REPORT ON INITIAL STATUS CONFERENCE

BOWLER, M.J.

On March 15th, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense: *None known at present — in process of reviewing discovery material.*

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense:         "              "

3. Anticipated supplemental discovery

   For the government: None
   For the defense: *Reserve right to request pending full review of discovery provided to date.*

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

   *Defense may call similar expert, if necessary, at trial.*

5. Applicable periods of excludable delay under Speedy Trial Act

   From 1/27/05 (initial appearance) until 2/4/05 (resolution of detention motion)

   From 2/4/05 (detention) to 2/9/05 (automatic discovery provided by the government)

   From 2/5/05 to 3/15/05 (date of initial status conference)

6. Trial is/is not anticipated. Estimated duration of trial

   The government expects that trial will take approximately three days.

7. Other matters:

   For the government: None
   For the defense: Defense requests additional time to complete discovery material review, etc.

_____
Debra DelVecchio, Esq.
Counsel for the Defendant

_____
Nadine Pellegrini, Esq.
Assistant U.S. Attorney