# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10017-MLW

UNITED STATES OF AMERICA

v.

ELMER TEJADA-PORTILLO

## *FINAL STATUS REPORT*

May 16, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with unlawful reentry of a deported alien, was returned on January 26, 2005;

    2. The defendant was arraigned on the Indictment on February 1, 2005;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government will call approximately five to ten witnesses and that the trial will last approximately one week;

5. Defense counsel will file a motion to suppress by July 18, 2005;

6. As of the date of this Final Status Report, time has been excluded through July 18, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge