UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      ) Criminal No. 05-10017-MLW
                                  )
ELMER TEJADA-PORTILLO             )

**JOINT MOTION TO EXCLUDE TIME
FROM MAY 16, 2005 TO JULY 18, 2005**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Debra DelVecchio, counsel for the Defendant, hereby move this court to exclude the following periods of time:

(1) May 16, 2005, date of final status conference, until July 18, 2005, date of filing of motions by Defendant.

The parties state the time is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

For the Defendant:              MICHAEL J. SULLIVAN
ELMER TEJADA-PORTILLO           United States Attorney


/s/Debra DelVecchio             By:/s/Nadine Pellegrini
DEBRA DEL VECCHIO, ESQ.         NADINE PELLEGRINI
Del Vecchio & Houseman          Assistant U.S. Attorney
15 Front Street
Salem, MA 01970
Dated: May 17, 2005