AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

ELMER TEJADA-PORTILLO

**WARRANT FOR ARREST**

CASE NUMBER: 05-10017MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ELMER TEJADA-PORTILLO_____
Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Illegal Re-entry by Deported Alien

in violation of Title __8__ United States Code, Section(s) __1326(a)__

Catherine M. Carlock
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Carville
Signature of Issuing Officer

1-26-05 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY INS  BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/25 |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.