```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES                  )
                               )
         v.                    )   CRIM. NO. 05-10017-MLW
                               )
ELMER TEJADA-PORTILLO,         )
                               )
                               )
                               )
         Defendant             )
_____)
```

**DEFENDANT ELMER TEJADA-PORTILLO'S
ASSENTED TO REQUEST FOR PERMISSION
TO PAY FINAL RESPECTS TO MOTHER
<u>UNDER FEDERAL MARSHALS SERVICE ESCORT</u>**

Defendant Elmer Tejada-Portillo respectfully requests that the Court permit him to travel, in the custody of the United States Marshals Service, to Vazza Funeral Home located at 262 Beach Street, Revere, MA as soon as possible so that he may pay his final respects to his mother.

As reason therefore, the defendant states that his mother Bertha Portillo died on Sunday, August 21, 2005 after a lengthy illness. The defendant's family has made arrangements for Mrs. Portillo to be waked at the Vazza Funeral Home today prior to the return of her body to El Salvador for burial. The defendant and his family would like the defendant have an opportunity to pay his final respects to his mother and mourn with them briefly before she leaves the country.

The defendant's family originally made flight arrangements for Mrs. Portillo's body to travel from Boston to El Salvador on Friday, August 26th. However, they are investigating whether

those arrangements can be altered, if necessary, to allow the defendant an opportunity to mourn his mother's passing in person.

The Government assents to this motion.

WHEREFORE, the defendant respectfully requests that the Court allow his motion.

Dated:  August 24, 2005                    Respectfully submitted,
                                           Elmer Tejada-Portillo,
                                           By his attorney,


                                           /s/ Debra A. DelVecchio
                                           Debra A. DelVecchio
                                           B.B.O. No. 542139
                                           DEL VECCHIO & HOUSEMAN
                                           15 Front Street
                                           Salem, MA  01970
                                           (978) 740-5999

<u>AFFIDAVIT OF COUNSEL</u>

Debra A. DelVecchio, being duly sworn, deposes and states that the following is true based upon my information and belief:

1. I was appointed to represent Elmer Tejada-Portillo, an indigent defendant, in the above-entitled case which is currently pending before Judge Mark L. Wolf in the United States District Court.
2. I have confirmed with the Vazza Funeral Home that Mrs. Portillo is being waked today at its East Boston facility.  Afterward, her body will be transferred to its Revere funeral home located at 262 Beach Street, Revere, MA and will remain there until her flight to El Salvador.  According to the Vazza Funeral Home staff, it will be possible for the defendant to see her there with a United States Marshals Service escort.
3. All of the information contained in my foregoing motion is true to the best of my knowledge and belief, and is incorporated into this affidavit as if fully recited here.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __24th__ DAY OF AUGUST, 2005.

　　　　　　　　　　　　　　　　　　　_/s/_Debra A. DelVecchio_
　　　　　　　　　　　　　　　　　　　Debra A. DelVecchio
　　　　　　　　　　　　　　　　　　　B.B.O. No. 542139