UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>)<br>ELMER TEJADA-PORTILLO, )<br>     Defendant    )<br>)<br>_____) | CRIMINAL NO. 05-10017-MLW |

DEFENDANT ELMER TEJADA-PORTILLO'S
REQUEST FOR RULE 11 HEARING

The Defendant Elmer Tejada-Portillo respectfully requests that the Court set his case down for a Rule 11 Hearing at the Court's and the Government's earliest convenience.

                                    Respectfully submitted,
                                    ELMER TEJADA-PORTILLO,
                                    By his attorney,

DATED: August 25, 2005              _/s/ Debra A. DelVecchio__
                                    Debra A. DelVecchio
                                    B.B.O. #542139
                                    DEL VECCHIO & HOUSEMAN
                                    The Perry Building
                                    15 Front Street
                                    Salem, MA  01970
                                    (978) 740-5999