UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**               **CRIMINAL  CASE**

                                **NO. 05-10017-MLW**

V.


**ELMER TEJEDA-PORTILLO**
        **Defendant(s)**


### NOTICE OF HEARING

**WOLF, D.J.**


PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on OCTOBER 28, 2005 at 11:00 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.


                                SARAH A. THORNTON
                                CLERK OF COURT


**October 21, 2005**               By:   /s/ Dennis O'Leary
        Date                              Deputy Clerk

**Notice to:**
**(crim-notice.wpd - 7/99)**            [ntchrgcnf.]
                                        [kntchrgcnf.]