UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10017

| United States of America | Elmer Tejeda-Portillo |
|---|---|
| PLAINTIFF | DEFENDANT |
| Nadine Pellegrini | Debra Delvecchio |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 10/28/05 | Interpreter, Gabriel Haddad, sworn in. |
| | Defendant takes the stand and is sworn. |
| | Plea agreement marked as Exhibit 1 of today's date. |
| | Government summarizes the evidence it would have presented had the case gone to trial. |
| | Defendant pleads guilty to one count indictment. |
| | Court accepts the defendant plea of guilty and directs the clerk to enter the same. |
| | Court continues the defendant's custody |
| | Sentencing set for January 25, 2006 at 3:00 PM. Procedural order to issue |