# DELVECCHIO & HOUSEMAN

ATTORNEYS AT LAW

The Perry Building
15 Front Street
Salem, Massachusetts 01970

---

Debra A. DelVecchio  
Scott D. Houseman

Telephone  (978) 740-5999  
Telecopier  (978) 740-9434

January 18, 2006

BY ELECTRONIC FILING

Hon. Mark L. Wolf
United States District Court
Moakley Federal Court House
One Courthouse Way
Boston, MA  02110
ATTN:  Dennis O'Leary, Courtroom Clerk

        RE:  United States v. Elmer Tejada-Portillo
             Crim. No. 05-CR-10017

Dear Chief Judge Wolf:

    As you will recall, my client Elmer Tejada-Portillo's sentencing hearing is scheduled to take place before you on January 25, 2006.  AUSA Nadine Pellegrini and I are in agreement that there is no need for an evidentiary hearing in connection with Mr. Tejada-Portillo's sentencing.  We hope that this information will assist the Court in its scheduling.

    Thank you for your attention and consideration.

                              Very truly yours,

                              /s/  Debra A. DelVecchio
                              Debra A. DelVecchio

DAD/ss
cc:  AUSA Nadine Pellegrini   (By Electronic Notice)
     Probation Officer Martha Victoria (By Facsimile)
     Mr. Elmer Tejada-Portillo (By First Class Mail)