UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10017

| United States | Elmer Tejada Portillo |
|---|---|
| PLAINTIFF | DEFENDANT |
| Nadine Pellegrini | Debra DelVecchio |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf        CLERK   O'Leary        REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 1/24/06 | Interpreter Gabriel Haddad sworn in. |
| | Court makes any necessary rulings on the parties objections to the pre-sentence report. Court calculates the guidelines as follows: TOL 21, CH III, 46-57 months custody, 24-36 months supervised release, $7.5K to $75K fine and $100 special assessment fee. Government recommends a sentence of 46 months custody, 36 months supervised release no fine and $100 special assessment fee. Defendant seeks a sentence of 30 months custody. Defendant addresses the court. Formal sentencing: Court grants the defendant's request for a departure and sentences the defendant to 30 months custody followed by 24 months supervised release on the standard conditions plus the additional conditions as outlined in court. Court does not impose a fine but does impose a $100 special assessment fee. Defendant advised of his right to appeal and to counsel. Court grants the defendant's request for a judicial recommendation to the BOP's 500 drug program and mental health counseling. |